

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00243-CV

Edythe **PRINCE** and Jared Prince,
Appellants

v.

Sharon L. **PETERS**, Individually; Sharon Peters Real Estate, Inc.; Christopher Russo,
Individually; Christopher Russo Home Inspections, PLLC; Timothy Brown; and The Agency
Austin, Inc., d/b/a The Agency San Antonio, n/k/a The Agency Texas, Inc.,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000305
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

The panel has considered Appellants' motion for rehearing; the motion is DENIED. *See*
TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court